824

No. 75–1652. STONE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–1656. BEAN v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 75–1658. WESTWOOD CHEMICAL, INC. v. PPG INDUSTRIES, INC. C. A. 6th Cir. Certiorari denied.

No. 75–1659. ROWLETT ET AL. v. UNITED STATES; and
No. 75–6770. PAULDINO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–1661. VALLEY MOLD CO., INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 75–1665. CHESTNUTT CORP. ET AL. v. FOGEL ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–1669. ILLMAN v. OHIO STATE BAR ASSN. Sup. Ct. Ohio. Certiorari denied.

No. 75–1671. RICHARDSON v. COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, ET AL. C. A. 8th Cir. Certiorari denied.

No. 75–1675. ANTILLES INDUSTRIES, INC. v. GOVERNMENT OF THE VIRGIN ISLANDS ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–1676. BOSCIA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–1679. NENOFF, ANCILLARY ADMINISTRATRIX v. THOMPSON. Ct. App. Ohio, Lucas County. Certiorari denied.